UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-07590 |
|---|---|---|
| Patricia Conley | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN**

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY CONFIRMED PLAN, IT IS ORDERED THAT the motion is granted as follows:
1. The current plan default is deferred to the end of the Chapter 13 Plan of Reorganization.
2. The Trustee is not required to collect money already paid to creditors under the plan.

Enter:  *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: February 09, 2022

**Prepared by:**

Charles Kinzer
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603